IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. CR 07 048 ML |
| v. | : | In violation Of 18 U.S.C. §§ 1952(a)(3) & 2 |
| JAMES G. MANNING | : | |

INFORMATION

The United States Attorney charges that:

COUNT I

On or about April 6, 2006, in the District of Rhode Island and elsewhere, the defendant, JAMES G. MANNING, did travel in interstate commerce from the State of Rhode Island to the State of Massachusetts with the intent to promote, manage, establish, and carry on, and to facilitate the promotion, management, establishment and carrying on, of an unlawful activity, said activity being extortion, in violation of Massachusetts General Laws, chapter 265, section 25, and thereafter did perform and attempt to perform acts to promote, manage, establish, and carry

on, and to facilitate the promotion, management, establishment and carrying on, of said unlawful activity.

All in violation of Title 18, United States Code, Sections 1952(a)(3) and 2.

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

KENNETH P. MADDEN
Assistant U.S. Attorney

PETER F. NERONHA
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Chief, Criminal Division

Date: April 2, 2007