UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR07-048ML |
| | ) | |
| JAMES MANNING | ) | |

---

MOTION FOR DOWNWARD DEPARTURE

Now comes James Manning, the Defendant in the above captioned matter, and moves this Honorable Court to depart downward from the advisory guideline range suggested in the presentence report ("PSR") pursuant to U.S.S.G. §§ 5H1.1 &5H1.4. As grounds thereto, Mr. Manning asserts that incarceration, even for a short period of time, would impair the efficacy of his current medical care and worsen his current medical condition. Mr. Manning also submits the attached memorandum.

Respectfully submitted
James Manning
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was filed electronically with notification to Kristin Mattias, United States Probation Officer, and Peter Nerohna, Assistant United States Attorney, on July 27, 2007.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR07-048ML |
| | ) | |
| JAMES MANNING | ) | |

---

# REDACTED MEMORANDUM IN SUPPORT OF MOTION FOR DOWNWARD DEPARTURE

Mr. Manning has moved this Court to depart downward based on his serious medical conditions. The Court may depart from the guidelines when the circumstances show the facts or the defendant to be atypical and outside the heartland of similar offenses and offenders. *United States v. Bogdan*, 284 F.3d 324, 327 (1st Cir. 2002); *United States v. Carrion-Cruz*, 92 F.3d 5, 6 (1st Cir. 1996). *See also* U.S.S.G. §1A1.1, Commentary (2005). Mr. Manning's health problems raise a significant issue that may be resolved by this downward departure. The advisory sentencing guidelines, §§5H1.1 & 5H1.4 specifically combined, provide for alternative sentences when a defendant's incarceration, due to age and infirmity, would be less effective, less efficient, and more costly.

Respectfully submitted
James Manning
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was filed electronically with notification to Kristin Mattias, United States Probation Officer, and Peter Nerohna, Assistant United States Attorney, on July 27, 2007.

/s/ Kevin J. Fitzgerald