UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | 07-048ML |
| | ) | |
| JAMES MANNING | ) | |

---

**MOTION TO HAVE BAIL MONEY RETURNED**

Now comes the James Manning, by and through counsel, and moves this Honorable Court to release his previously posted secured bond of $7,500 to Mr. Richard Quattrochi of 33 Angel Avenue, North Providence, RI. As grounds Mr. Manning submits the following:

1. Mr. Manning was presented before the Honorable Magistrate Judge Almond on January 4, 2007, and released on secured bond of $7,500, with other conditions.

2. That same day the secured bond amount was posted in cash by Mr. Richard Quattrochi and Mr. Manning was released.

3. On August 3, 2007, Mr. Manning was sentenced to 24 months imprisonment with a surrender date of August 24, 2007. Mr. Manning is presently in the custody of the Federal Bureau of Prisons.

Wherefore, Mr. Manning requests that this Honorable Court release the $7,500 bond to Mr. Richard Quattrochi.

**GRANTED**
Mary M. Lisi 8/29/07
**Mary M. Lisi**
**U.S.D.J.**

Respectfully submitted
James Manning
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this notice was delivered by electronic notification to Peter Neronha, Assistant United States Attorney, on August 28, 2007.

/s/ Kevin J. Fitzgerald